IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NISSEI AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. ANDRZEJCZAK, individually and doing business as MRA INDUSTRIAL MAINTENANCE; MRA INDUSTRIAL, INC.; AND CATHY J. ANDRZEJCZAK, <br><br> Defendants. | Civil Action No. 1:16-cv-0009-BR |

**STIPULATION REGARDING ENTRY OF JUDGMENT**

IT IS HEREBY STIPULATED by and among Plaintiff Nissei America, Inc. ("Nissei"), on the one hand, and Defendants Michael R. Andrzejczak ("M. Andrzejczak"), Cathy J. Andrzejczak ("C. Andrzejczak"), and MRA Industrial, Inc. ("MRAII") (collectively, "Defendants"), on the other hand, by and through the undersigned, as follows:

1. Judgment in the above-entitled case, in the form of the Judgment Pursuant to Stipulation Regarding Entry of Judgment (the "Judgment") attached hereto as Exhibit 1 and made part hereof, shall be entered in accordance with the following provisions under the Confidential Settlement Agreement and General Release (the "Settlement Agreement"):

    a. In the event that Defendants default on any of their monetary obligations under Paragraph 2 of the Settlement Agreement, including but not limited to any failure to timely pay the Initial Payment and/or the Deferred Payment as defined therein, the Judgment shall be entered forthwith and without further notice. In the event of a default with respect to any payment as hereinabove set forth, Nissei may immediately obtain entry of and execute upon the Judgment to which the parties stipulated.

      b.    In the event Nissei believes that a Material Breach pursuant to paragraph 4.b., 4.c., 4.d. or 4.e. of the Settlement Agreement has occurred, Nissei shall give notice to Defendants in accordance with Paragraphs 5 and 26 of the Settlement Agreement, and shall initiate an arbitration proceeding within 10 days of issuing notice of a Material Breach. The arbitration shall be limited to a determination as to whether or not a Material Breach has occurred, which finding shall be final and binding upon the parties.

      c.    In the event of a default with respect to any payment due under Paragraph 2 of the Settlement Agreement or the in the event of any conclusive Material Breach as determined by an arbitrator, Defendants hereby expressly waive notice of entry of judgment, notice of and right to any hearing regarding entry of judgment, and notice of default hereon.

2.    The Judgment shall become final for all purposes upon entry of judgment.

3.    Defendants expressly waive findings of fact and conclusions of law, any right to a statement of decision, and any right to appeal or otherwise attempt to set aside or attack the Judgment.

4.    Each of the signatories represents and warrants that he or she is authorized to execute this Stipulation on behalf of the signatory's respective party or parties.

5.    Each party represents and warrants that that party has been represented by counsel in this matter of that party's own choosing and such counsel has advised that party of all of that party's rights, duties, and obligations hereunder.

6.    The parties request and agree that the court shall retain jurisdiction over the parties and this action in order to enforce the terms of the Settlement Agreement and this Stipulation until there has been full performance of the terms thereof. Nissei will dismiss this

action with prejudice upon full performance of the terms of the Settlement Agreement and this Stipulation.

Dated: January 25, 2017                    /s/ Randal M. Whitlatch
                                           Randal M. Whitlatch, Esq.
                                           Pa. I.D. No. 205815
                                           randal.whitlatch@dinsmore.com
                                           Nicholas J. Godfrey, Esq.
                                           Pa. I.D. No. 312031
                                           nicholas.godfrey@dinsmore.com
                                           **DINSMORE & SHOHL LLP**
                                           One Oxford Centre, Suite 2800
                                           301 Grant Street
                                           Pittsburgh, PA 15219
                                           412.281.5000 (t)
                                           412.281.5055 (f)

                                           *Counsel for Plaintiff Nissei America, Inc.*

Dated: January 25, 2017                    /s/ Michael P. Flynn
                                           J.R. Hall, Esq.
                                           Pa. I.D. No. 88296
                                           Michael P. Flynn, Esq.
                                           Pa. I.D. No. 206150
                                           Dickie, McCamey, & Chilcote, P.C.
                                           Two PPG Place
                                           Pittsburgh, PA 15222
                                           412.392.5238 (t)
                                           888.811.7144 (f)

                                           *Counsel for Defendants Michael R. Andrzejczak, Cathy J. Andrzejczak, and MRA Industrial, Inc.*

## CERTIFICATE OF SERVICE

I, Randal M. Whitlatch, hereby certify that a true and correct copy of the foregoing Stipulation Regarding Entry of Judgment was filed using the Court's CM/ECF System and served upon the following using the Court's CM/ECF System this 25th day of January, 2017.

> J.R. Hall, Esq.
> Michael P. Flynn, Esq.
> Dickie, McCamey, & Chilcote, P.C.
> Two PPG Place
> Pittsburgh, PA 15222
>
> *Counsel for Defendants Michael R. Andrzejczak, Cathy J. Andrzejczak, and MRA Industrial, Inc.*

> /s/ Randal M. Whitlatch
> Randal M. Whitlatch, Esq.