IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NISSEI AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. ANDRZEJCZAK, individually and doing business as MRA INDUSTRIAL MAINTENANCE; MRA INDUSTRIAL, INC.; AND CATHY J. ANDRZEJCZAK, <br><br> Defendants. | Civil Action No. 1:16-cv-0009-BR |

## JUDGMENT PURSUANT TO STIPULATION REGARDING ENTRY OF JUDGMENT

In the above-entitled case, pursuant to the Stipulation Regarding Entry of Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in favor of Plaintiff Nissei America, Inc., and against Defendants Michael R. Andrzejczak, Cathy J. Andrzejczak, and MRA Industrial, Inc., in the principal sum of the difference between $800,000.00 and the Initial Payment and Deferred Payment (as defined in the parties' Settlement Agreement and General Release), plus pre-judgment interest at the annual rate of 10% from the date of the parties' Settlement Agreement, plus costs and reasonable attorneys' fees incurred by Plaintiff in connection with any required arbitration to secure this Judgment and/or in entering and securing payment of this Judgment.

Dated: 3/16/17 , 20__

_Barbara J. Rothstein_
Rothstein, J.